FILED

UNITED STATES DISTRICT COURT  2018 APR 18  PM 4: 06
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 5:18-cr-18-Oc-27PRL

18 U.S.C. § 2261A(1)

TOMMIE RAYMOND THOMAS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or about October 2013, and continuing through in or about December 2014, in the Middle District of Florida, and elsewhere, the defendant,

**TOMMIE RAYMOND THOMAS,**

was present within the special maritime and territorial jurisdiction of the United States, with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate another person, that is, E.W., and in the course of, and as a result of, such presence, did engage in a course

of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to E.W.

In violation of 18 U.S.C. § 2261A(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
William S. Hamilton
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
April 18

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

TOMMIE RAYMOND THOMAS

## INDICTMENT

Violations:  18 U.S.C. § 2261A(1)

A true bill, _____
Foreperson

Filed in open court this 18th day of April, 2018.

_____
Clerk

Bail $ _____

GPO 863 525